UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARIO STEWART,

        Plaintiff,

 vs.

COMMISSIONER of Social Security,

        Defendant.

Civil No.  C06-818 RSL/JPD

ORDER FOR EAJA FEES

### ORDER

Based upon the Agreed Stipulation of the parties, plaintiff's EAJA Petition and the Equal Access to Justice Act, it is hereby ordered that EAJA attorney's fees of $6,405.00 and expenses of $18.78 and costs of -0-, for a total of $6,423.78 shall be *paid to the order of* Rosemary B. Schurman for work performed in this case in this Court.

Dated this 16th day of May, 2007

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 16th day of May, 2007.

/s/ JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Order for EAJA Fees- C06-818-- page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714